that the answer and disclaimer, in this case, covered the whole bill.

That exceptions cannot be filed to a simple disclaimer; the only remedy of the complainant who is entitled to an answer, in such a case, being to move to take the disclaimer off the file.

No exceptions will lie to a simple disclaimer.

But that if the disclaimer is accompanied by an insufficient answer, the proper course is to except to the answer for insufficiency; as the defendant cannot, by a disclaimer, deprive the complainant of the benefit of a full answer, unless it is evident that the defendant ought not, after such disclaimer, to be continued a party to the suit.

But accompanying answer may be excepted to.

That after all the effects of a corporation have been assigned to a receiver, for the benefit of its creditors, so that it has no interest in a controversy relating to such effects, and ought not to be made a party thereto, *it seems* that an officer of such corporation who has no personal interest in the controversy, and is not charged with any fraud or misconduct, cannot be compelled to answer in relation to matters as to which he is a mere witness.

Answer from officers of corporations.

Motion denied with $8 costs; but with liberty to complainant to except, within the usual time.

*Guy H. Goodrich* v. *Thomas Day.* J. T. HUDSON, for complainant. Decree settled and entered.

*Magdalena Bell* v. *The Mayor, &c. of New York.* S. SHERWOOD and D. B. OGDEN, for complainant; R. EMMETT and D. LORD, JUN., for defendants. Decree of the vice chancellor remodeled, without costs to either party on the appeal.

*Ferdinand Suydam et al.* v. *James P. Bartle.* D. GREIG, for complainants; J. EDWARDS and J. RHOADES, for defendants. Usual decree referring it to a master to compute amount due on bond and mortgage and for sale of mortgaged premises.

*The Bank Commissioners* v. *The City Bank of Buffalo.* W. HALL, for complainants; L. F. ALLEN, in person. Motion for attachment against Lewis F. Allen denied.

*The Same* v. *The Same.* J. ELLSWORTH, for complainants; E. NORTON, for Lathrop. Application for attachment

against J. H. Lathrop. Order referring it to a master in the city of Buffalo, to inquire and report as to the alleged violation of the injunction by Lathrop and the other officers and agents of the City Bank of Buffalo.

———————

To SUBSCRIBERS.—In answer to several inquiries on the subject, we would state that the reason why no numbers of this supplement have been issued since the 4th of October last, is that the chancellor has since that time been constantly engaged either in holding his regular or special terms, or in attending the court of errors, or in examining and preparing opinions in that court; and has therefore not decided any cases in his own court until now.